SEAMON JOHN KENNY, Appellant, v. MARGARET BYRNE, Respondent.— Order granting motion to strike out certain items in the notice to examine defendant before trial modified by striking from the order items 4 and 8, and by inserting therein a provision that as to such items the motion to vacate is denied. As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

CLARA KESSLER, Respondent, v. GREAT KILLS BEACH CORPORATION, Appellant.— Order denying defendant's motion to vacate plaintiff's notice to examine defendant before trial, and directing its president to appear for examination, modified by providing therein that paragraphs 5, 6, 7, 8 and 10 be stricken from the notice, and as so modified affirmed, without costs. The matters contained in paragraphs 5, 6, 7 and 10 are admitted in the pleadings, and, therefore, the examination of defendant concerning them is unnecessary. The matter contained in paragraph 8 involves the mental attitude of the plaintiff, about which, of course, defendant knows nothing. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

LLOYDS HOLDING CORPORATION, Appellant, v. JANE DAVID HOLDING CORPORATION, Respondent.— Order denying motion to serve and file a supplemental complaint affirmed, with ten dollars costs and disbursements. No opinion, Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

SAMUEL LOWETT, Respondent, v. ALEXANDER BURSCH, Appellant.— Judgment affirmed, with costs. No opinion. Rich, Hagarty, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents upon the ground that there is no proof of fraud.

WAT SUMMER MOHAMED, Respondent, v. UNIFRUITCO STEAMSHIP CO., LTD., and UNITED FRUIT COMPANY, Appellants.— Order denying defendants' motion to dismiss complaint modified by adding thereto a provision that the question of fact as to the execution of the general release by plaintiff be tried by a jury, the findings to be reported to the court for its action as provided in Civil Practice Rule 108; and as so modified affirmed, without costs. (*Galanti* v. *Brady & Gioe, Inc.*, 211 App. Div. 858; *Rizzuto* v. *U. S. Shipping Board Emergency Fleet Corp.*, 213 id. 326.) Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur. Settle order on notice.

JOHN A. MULLIN, Appellant, v. WOODMERE-CEDARHURST CORPORATION, Respondent.— Concededly, at the closing defendant tendered a bargain and sale and not a full covenant and warranty deed. Judgment modified by directing that, if plaintiff elect to comply with the terms of the contract as reformed and as provided by the judgment herein, the title be closed at a time to be fixed, within thirty days after the entry of the order herein, and that adjustments be made as of that date. As so modified, the judgment is unanimously affirmed, without costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ. Settle order on notice.